# UNITED STATES DISTRICT COURT
for the
Central District of California

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
Parcel seized on March 29, 2018, and currently in the custody of the United States Postal Inspection Service

)
)
)  Case No. 2:18-MJ-00781
)
)
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the ___Central___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| See Attachment B | |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s/
*Applicant's signature*

Jonathan M. Ramirez, U.S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4/2/18

/S/
*Judge's signature*

City and state: Los Angeles, California          Hon. Suzanne H. Segal, U.S. Magistrate Judge
*Printed name and title*

AUSA: Scott Lara x0427

## ATTACHMENT A

PARCEL TO BE SEARCHED

A United States Postal Service Priority Mail parcel bearing label number 9505 5154 2082 8085 2364 40, which is a USPS medium white cardboard box, weighing approximately 2 pounds, with a shipping label date of March 26, 2018, sent from Harrisburg, North Carolina, and which bears a handwritten address label with the following recipient information: "Mario Zelaya, 43215 Echard Ave. Lancaster, CA 93536, US." The following is the return address information: "Clayton Love, 7500 university city Blvd., Charlotte, NC 28262, US."

## ATTACHMENT B

ITEMS TO BE SEIZED

The following items are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and Possession with Intent to Distribute a Controlled Substance and Conspiracy) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance):

    a.    Any drugs;

    b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.    Packaging material.

## AFFIDAVIT

I, Jonathan M. Ramirez, being duly sworn, declare and state as follows:

### I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search a United States Postal Service ("USPS") Priority Mail parcel bearing label number 9505 5154 2082 8085 2364 40 (the "PARCEL"), currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) and 846 (Distribution and Possession with Intent to Distribute a Controlled Substance and Conspiracy) and 843(b) (Unlawful Use of a Communication Facility, Including the Mails, to Facilitate the Distribution of a Controlled Substance) (the "Target Offenses"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND FOR POSTAL INSPECTOR JONATHAN RAMIREZ

3. I am currently a Postal Inspector with USPIS and have been so employed since June 2017. Prior to becoming a Postal Inspector, I served as a sheriff's deputy with the Orange County Sheriff's Department and a police officer with the Pasadena Police Department for approximately five years, combined. As part of my training as a United States Postal Inspector, I completed a twelve-week training course in Potomac, Maryland, which included training in the investigation of drug distribution using the mail. I am currently assigned to the USPIS Los Angeles Division, Prohibited Mail Narcotics, Parcel Task Force (the "Parcel Task Force"), which is comprised of Postal Inspectors and Los Angeles Police Department ("LAPD") officers and detectives. The Parcel Task Force is responsible for investigating the distribution of drugs through the United States Mail. I have also completed a forty-hour LAPD narcotics school training course. Since June 2017, I have participated in multiple investigations into USPS-related violations of the Controlled Substances Act, and I have also discussed my investigations with more-experienced law enforcement officers. I have conducted numerous investigations into drug distribution and money laundering involving the United States Mail. I am familiar with the ways in which drug distributors use the mail system to transport drugs and drug proceeds.

## III. SUMMARY OF PROBABLE CAUSE

4. On March 29, 2018, I noticed the PARCEL while at the Lancaster Post Office, and thought it looked suspicious because

2

it bore handwritten addresses, its seams were taped shut, and it was mailed Priority Mail without a business account number. A trained drug-detecting dog alerted to the presence of drugs or drug contaminated items inside of the PARCEL.

## IV. STATEMENT OF PROBABLE CAUSE

### A. Background

5. Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

   a. Los Angeles is a major source area for drugs. Drugs are frequently transported from Los Angeles to elsewhere through the mail, and the proceeds from drugs sales are frequently returned to Los Angeles through the mail.

   b. Drug distribution proceeds often emit an odor of drugs, not detectable by humans but sometimes detectable by a trained drug detection dog, because they have been contaminated with drugs.

   c. Drug distributors often use USPS Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three day delivery mail product. Drug distributors use the Priority Mail Express delivery service because of its speed, reliability, and the ability to track the parcel's progress to delivery. Drug distributors use the Priority Mail delivery service because it provides them more time for travel between states if they decide to follow their shipments to their

3

destinations for distribution. In addition, by adding delivery confirmation to a Priority Mail parcel, drug distributors have the ability to track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

6. The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

    a. The parcel is contained in a box, flat cardboard mailer, or Tyvek envelope;

    b. The parcel bears a handwritten label, whether USPS Express Mail or Priority Mail;

    c. The handwritten label on the parcel does not contain a business account number;

    d. The seams of the parcel are all taped or glued shut;

    e. The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

    g. The parcel shipping fee is paid in cash.

7. Parcels exhibiting such indicia are the subject of further investigation, which may include verification of the addressee and return addresses and trained drug-detection dog examination.

8. I know from my training and experience that drug distributors often use fictitious or incomplete names and addresses in an effort to conceal their identities from law

4

enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

    B.    **Initial Investigation of the PARCEL**

    9.    On March 29, 2018, I was at the Lancaster Post Office located at 1008 West Avenue J2, Lancaster, CA 93534, when I noticed the PARCEL.

    10.    The PARCEL is a USPS medium white cardboard box, weighing approximately 2 pounds. The exterior dimensions of the PARCEL are approximately 12 inches by 3 inches by 14 inches.

    11.    I noticed that the PARCEL exhibited the following characteristics:

    a.    The sender and recipient information was handwritten;

    b.    The PARCEL was mailed using Priority Mail service with no business account number; and

    c.    The seams of the parcel were all taped shut.

12. I used the CLEAR[1] database to research the return and recipient addresses written on the PARCEL, and learned the following:

    a. The return address is "Clayton Love, 7500 university city Blvd., Charlotte, NC 28262, US." I found no record in CLEAR of such a person at that address. I found no record in CLEAR of the address, indicating the address likely does not exist.

    b. The recipient address is "Mario Zelaya, 43215 Echard Ave. Lancaster, CA 93536, US." I found a previous record in CLEAR of such a person at that address in 2016, but a new address was reported for the recipient in 2017.

13. I checked USPS records and learned the shipping fee for the PARCEL was paid in cash.

    **C. Drug Detection Dog Alerts to the PARCEL**

14. On March 29, 2018, LAPD Officer Vanessa Keortge and her trained drug-detection dog, "Cobra" examined the exterior of the PARCEL. Attached as Exhibit 1, and incorporated by reference herein, is a true and correct copy of information provided to me by Officer Keortge regarding Cobra's training and history in detecting drugs, as well as Cobra's examination of the PARCEL.

15. Officer Keortge told me that Cobra positively alerted to the PARCEL, indicating the presence of drugs or drug contaminated substances.

---

[1] CLEAR is a public information database that collects personal identifying information like names, addresses, and telephone numbers.

## V. CONCLUSION

16. For all the reasons above, there is probable cause to believe that the PARCEL, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of the Target Offenses, as described in Attachment B.

/s/
Jonathan M. Ramirez
United States Postal Inspector
United States Postal
Inspection Service

Subscribed to and sworn before me this  2nd  day of April 2018.

/s/
UNITED STATES MAGISTRATE JUDGE
SUZANNE H. SEGAL

EXHIBIT 1

1  Your Affiant is Vanessa Keortge, Serial No. 30898. Your
2  affiant has been a Los Angeles Police Officer since 1994, and is
3  currently assigned to Gang and Narcotics Division, K-9 Squad.
4  Your Affiant has attended numerous classes, seminars, training
5  lectures and on the job training in the field of narcotics given
6  by other narcotics experts. These experts are from varied areas
7  of narcotics enforcement including LAPD, DEA, ATF, FBI, and other
8  agencies. Your Affiant, has attend and completed the Los Angeles
9  Police Department 40- hour academy narcotic training (sales,
10 packaging, usage); completed a 5-day narcotics course, put on by
11 narcotics training unit; a post certify 2-day Narcotics training
12 course for 11550 and 11552 H&S, loitering for the purpose of
13 sales or purchasing narcotics.
14 Your Affiant has worked various specialized units for over
15 twenty-two years and has directly made, participated in/or
16 assisted in over 1500 various narcotic related arrest/violations,
17 the bulk of which were for sales of various controlled
18 substances. Your Affiant has worked under and is currently
19 working under the direction of senior narcotic enforcement
20 officers. Your Affiant has observed first hand, the methods used
21 by street dealers and users in the course of using narcotics,
22 buying, selling, transportation, packaging for sales and sales of
23 narcotics. Your Affiant has also testified as a narcotics expert
24 in Municipal and Superior Courts of California.
25 Your Affiant is currently a member of NPCA (National Police
26 Canine Association) and IPWDA (International Police Working Dog
27 Association). In September 2016, after eleven years of handling

28  detection canines, your Affiant was assigned to the Gang and
29  Narcotics Division, Narcotics K-9 Squad. On September 4, 2016,
30  your Affiant assumed the responsibility of canine "Cobra" #K9-
31  294, a LAPD narcotics detection canine. Your Affiant's
32  responsibilities consist of the care, training and handling of
33  the canine. "Cobra" has received over (250) hours of training,
34  during which time she has successfully found over (665) training
35  aids, which consists of actual narcotics. "Cobra" alerts on the
36  scent of narcotics, that she is imprinted on. Her alert consists
37  of physical and behavioral reactions, which includes a heightened
38  emotional state in which she focuses on the source of the scent.
39  "Cobra" becomes very possessive of the area in which she has
40  detected the scent narcotics for which she is trained. The Los
41  Angeles Police Department and the National Police Canine
42  Association (NPCA) have certified "Cobra" and your Affiant as a
43  team for use in the field. "Cobra" will positively alert her
44  handler to the scent of heroin, cocaine, marijuana, opium and
45  methamphetamine. "Cobra" was placed into service in December
46  2016.
47       On MARCH 29, 2018     your Affiant responded to a
48  request for a narcotic detection canine. "Cobra" alerted to the
49  scent of narcotics on or in:
50  USPS PRIORITY MAIL BOX WITH TRACKING
51  NUMBER 9505 5154 2082 8085 2364 40.
52  _____
53  _____
54  _____

55  I declare under the penalty of perjury that all of the above is
56  true and correct. Executed at _11:15_ am/pm on the _29TH_ day
57  of _MARCH 2018_ in _LOS ANGELES_ County.
58
59
60  _[signature]_
61  Officer Vanessa Keortge #30898
62  //
63  //
64  //
65  //
66  //
67  //
68  //
69  //
70  //
71  //
72  //
73  //
74  //
75  //
76  //
77  //
78  //
79  //
80  //
81  //